UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RANDY DENNY and MICHELE GOLEMBECK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LOWES COMPANIES, INC.<br><br>Defendant. | Civil Action No.: 5:25-CV-00088-KDB-SCR<br><br><br>NOTICE OF VOLUNTARY DISMISSAL |

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Randy Denny and Michele Golembeck ("Plaintiffs") hereby submits this voluntary dismissal with prejudice of their individual claims for the above-referenced matter with each party to bear their own costs and expenses.

Dated: September 8, 2025

Respectfully submitted,

**SIRI & GLIMSTAD LLP**

/s/ *Dana Smith*

Dana Smith (NC Bar No. 51015)
Oren Faircloth (*pro hac vice* forthcoming)
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: dsmith@sirillp.com
E: ofaircloth@sirillp.com

*Attorneys for Plaintiffs and the Proposed Class*

1